WELTHA B. NORTH, Respondent, *v.* LaVoy Co., Inc., Appellant.

(Argued October 15, 1928; decided November 20, 1928.)

*Edward L. Robertson* for appellant.
*James S. Styron* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.